McGREGOR W. SCOTT
United States Attorney
ERIN M. SALES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>THREE CASHIER'S CHECKS IN A TOTAL AMOUNT OF $30,000.00,<br><br>                Defendant. | CASE NO. 1:-19-MC-00013-AWI<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE; ORDER |

      It is hereby stipulated by and between the United States of America and claimant Kennard Poore ("Claimant"), by and through their respective counsel, as follows:

      1.     On or about December 13, 2018, Claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the Three Cashier's Checks in a Total Amount of $30,000.00, seized on or about September 17, 2018 (the "subject property").

      2.     The FBI sent written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the subject property under 18 U.S.C. §§ 983(a)(2)(A)–(E), and no person other than Claimant has filed a claim to the subject property as required by law in the administrative forfeiture proceeding.

      3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the subject property and/or to obtain an indictment alleging that the subject property is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline in this case is March 13, 2019.

4. The parties are attempting to reach a resolution in this matter in lieu of filing a civil complaint for forfeiture against the subject property and/or obtaining an indictment alleging that the subject property is subject to forfeiture. Accordingly, pursuant to 18 U.S.C. § 983(a)(3)(A), the parties respectfully request that time in which the United States is required to file a civil complaint for forfeiture against the subject property and/or to obtain an indictment alleging that the subject property is subject to forfeiture be extended to April 3, 2019.

Dated: March 8, 2019  
McGREGOR W. SCOTT  
United States Attorney

/s/ Erin M. Sales  
ERIN M. SALES  
Assistant United States Attorney

Dated: March 7, 2019  
/s/ Sean A. Mickley  
SEAN A. MICKLEY  
Attorney for Claimant Kennard Poore  
(As approved by email on 03/07/2019)

IT IS SO ORDERED.

Dated: March 8, 2019  
_____  
SENIOR DISTRICT JUDGE